ROBERT F. CUTLER, Respondent, v. LOUISE METCALFE, Appellant.— Motion for reargument denied, without costs. [See *ante*, p. 823.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

EVELYN DE PERSIA et al., Appellants-Respondents, v. MERCHANTS MUTUAL CASUALTY COMPANY, Respondent-Appellant, and AUTOMOBILE CLUB DISCOUNT CORPORATION, Impleaded Defendant, Respondent-Appellant.— Motion for reargument denied, without costs. [See *ante*, p. 176.] Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

46–20–108TH STREET CORPORATION, Respondent, v. BRIDGE AMUSEMENT CO., INC., Defendant, and BONDED FILM STORAGE CORPORATION, Defendant-Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

MARION E. GATES, Appellant, v. UNION CENTRAL LIFE INSURANCE CO., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

YETTA GOLDBERG, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

GEORGE GOLDBERG et al., Doing Business as GAR-LAND MANAGEMENT COMPANY, Appellants, v. VICTOR R. SYRACUSE, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

JOSEPH GUGLIOTTA, as Secretary-Treasurer of Barber and Beauty Culturists Union of America, Local No. 2, Appellant, v. JACK VOULO, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

IRVING HOCHBERG, Appellant, v. TRAVELERS INSURANCE COMPANY et al., Respondents.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

ANNA HOWARTH et al., Respondents, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 796.] Present — Close, P. J., Carswell, Johnston and Aldrich, JJ.; Lewis, J., not voting.

In the Matter of the Application of THEODORE DRIVAS, Petitioner, for an Order Directing FRANK E. JOHNSON, a Justice of the Supreme Court of the State of New York, to Sign a Judgment in Consolidated Actions of "Drivas v. Lekas, 292 N. Y. 204," Respondent.— Motion denied, without costs. The judgment modified by the Court of Appeals was the judgment of the Special Term. We do not pass upon the right of the petitioner to recover, under the contract of employment, the salary earned after the date of that judgment. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ. [See *post*, p. 907.]